IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| RONNIE CANTRELL, | |
|    Plaintiff, | CIVIL ACTION |
| v. | NO. 1:05-CV-938-GGB |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
|    Defendant. | |

## **ORDER**

This action is before the court on Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (Doc. 15). Plaintiff seeks authorization for Plaintiff and Plaintiff's counsel to receive $4,185.92 in attorney's fees and $13.80 in expenses under the EAJA, as itemized in counsel's affidavit. (Id.; see Doc. 15, Flack Affidavit). The Commissioner does not oppose Plaintiff's Application. (Doc. 16). Accordingly, Plaintiff's Application for Attorney's Fees [Doc. 15] is **GRANTED**. Plaintiff is hereby awarded $4,185.92 in attorney's fees and $13.80 in expenses under the EAJA, for a total of $4,199.72.

**IT IS SO ORDERED** this 30th day of May, 2006.

                                                        /s/ Gerrilyn G. Brill
                                         GERRILYN G. BRILL
                                         UNITED  STATES  MAGISTRATE  JUDGE

AO 72A
(Rev.8/82)